UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 22-330 ADM/JFD

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(d)(1) |
| v. | 18 U.S.C. § 924(e) |
| | 28 U.S.C. § 2461(c) |
| TORRENCE RICARDO FINLEY, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm - Armed Career Criminal)

On or about October 4, 2022, in the State and District of Minnesota, the defendant,

**TORRENCE RICARDO FINLEY,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another:

| Conviction | Location of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Domestic Assault | Chisago County | February 24, 2021 |
| Threats of Violence | Dakota County | April 27, 2020 |
| Violating a No-Contact Order | Ramsey County | July 21, 2015 |
| Domestic Assault | Ramsey County | November 13, 2012 |
| Violating a No-Contact Order | Ramsey County | February 23, 2012 |
| Domestic Assault by Strangulation | Ramsey County | January 9, 2012 |


SCANNED
NOV 30 2022
U.S. DISTRICT COURT MPLS

United States v. Torrence Ricardo Finley

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Taurus, G3X, 9mm semi-automatic handgun, bearing serial number ADH571520, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the forgoing offense, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(e)(1), including a firearm, namely the Taurus, G3X, 9mm semi-automatic handgun, bearing serial number ADH571520, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON